**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action 14-cv-02473-WJM

ELLA M. FLAKES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating Decision Of Administrative Law Judge, entered by the Honorable William J. Martínez, United States District Judge, on July 17, 2015, it is

ORDERED that the Commissioner's decision is VACATED and this case is REMANDED to the Commissioner for rehearing.

Dated at Denver, Colorado this 28th day of July 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk