**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2473-WJM

ELLA M. FLAKES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES**

---

The Motion for Order Approving Stipulation of Award of Attorney's Fees Under the Equal Access to Justice Act (ECF No. 23) is GRANTED.

In consideration thereof, it is ORDERED that the Defendant pay to Plaintiff, through counsel, reasonable attorney's fees and expenses in the amount of $4,300.00. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 26th day of October, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge